1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3693
        FAX: (510) 637-3724
7       Email: wade.rhyne@usdoj.gov

8  Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,         ) CASE NO. CR-13-00055 JST
   |                                   )
14 |        Plaintiff,                 ) [PROPOSED] ORDER TO CONTINUE HEARING
   |                                   ) FROM JULY 10, 2015 TO SEPTEMBER 18, 2015
15 |    v.                             ) AND EXCLUDE TIME UNDER THE SPEEDY
   |                                   ) TRIAL ACT
16 |                                   )
   |                                   ) Date: September 18, 2015
17 | DAVID TUNG and                    ) Time: 9:30 a.m.
   | CONCORD FARMS, INC.,              )
18 |                                   )
   |                                   )
19 |        Defendants.                )

20

21      The above-entitled matter is set before this Court on July 10, 2015 at 9:30 a.m. for status. At the

22 Court's request and suggestion, the parties have jointly requested that the hearing be continued to

23 September 18, 2015 at 9:30 a.m. and that the Court exclude time under the Speedy Trial Act between

24 July 10, 2015 and September 18, 2015.

25      Defendants David Tung and Concord Farms, Inc. are charged in an eleven-count indictment,

26 returned on December 2, 2014, alleging one count of conspiracy to commit wire fraud in violation of 18

27 U.S.C. § 1349 and ten counts of wire fraud in violation of 18 U.S.C. § 1343. Defendants David Tung

28 and Concord Farms, Inc. are also the subjects of a civil investigation being conducted by United States

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CR-14-00611 JST

1  Customs and Border Protection ("CBP") regarding the same course of conduct that is the subject of the
2  underlying indictment in this matter.

3  According to the parties, following the defendants' initial appearances before the magistrate
4  court, the United States produced voluminous discovery to the defendants.  This discovery was in
5  addition to previously produced pre-indictment discovery.  Additionally, the United States sought an
6  order from this Court to copy and produce grand jury transcripts as additional discovery.  The grand jury
7  transcripts consist of evidence provided during the multi-month grand jury investigation that led to the
8  captioned indictment.

9  The parties have been engaged in ongoing discussions regarding a resolution of both the criminal
10 and civil issues.  Defendants are considering a proposed plea agreement sent by the United States which
11 would resolve the criminal matter.  The parties are in the process of scheduling additional meetings with
12 CBP to determine whether a simultaneous resolution of both the criminal and civil matters is possible.

13 The parties agree that September 18, 2015 at 9:30 a.m. is a mutually available status conference
14 date, and jointly request that the Court exclude time between July 10, 2015 and September 18, 2015.  In
15 addition to working within the Court's available calendar days, the parties claims that the additional time
16 is also necessary so that defense counsel may continue to review discovery, so that the parties may
17 continue to jointly attempt to reach a global resolution of the matters, and so that the defense can
18 effectively prepare the case for further disposition.  The parties agree that additional time is necessary to
19 accomplish these tasks.

20 On that basis, the parties jointly request that the Court continue the hearing September 18, 2015
21 and that the Court exclude time under the Speedy Trial Act between July 10, 2015 and September 18,
22 2015.  The parties agree that the extension is not sought for delay, and that the ends of justice served by
23 granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.
24 Therefore, the parties further stipulate and request that the Court exclude time between July 10, 2015
25 and September 18, 2015 under the Speedy Trial Act for effective preparation of defense counsel and
26 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

27 For these stated reasons, the Court finds that the ends of justice served by granting the
28 continuance outweigh the best interests of the public and the defendants in a speedy trial.  For good

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE
CR-14-00611 JST

1  cause shown, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and **IT IS HEREBY**

2  **ORDERED** that the hearing in this matter is continued from July 10, 2015 to September 18, 2015 at

3  9:30 a.m. and that time between July 10, 2015 and September 18, 2015 is excluded under the Speedy

4  Trial Act to allow for the effective preparation of defense counsel, taking into account the exercise of

5  due diligence.

6  **IT IS SO ORDERED.**

8  DATE:  July 7, 2015

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE
CR-14-00611 JST